UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

JUAN JUAN-PASCUAL

CASE NO. 2:25-cr-55-SPC-KCD

8 U.S.C. § 1326
(Illegal Reentry by Deported Alien)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Illegal Reentry by Deported Alien)

On or about April 12, 2025, in the Middle District of Florida, the defendant,

JUAN JUAN-PASCUAL,

being an alien of the United States, who previously had been deported, excluded, and removed from the United States on or about June 4, 2009, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Benjamin S. Winter
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No. 2:25-cr-

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JUAN JUAN-PASCUAL

## INDICTMENT

Violations:
8 U.S.C. § 1326(a).

A true bill.

_____
Foreperson

Filed in open court this 16th day

of April, 2025.

*Courtney Ward*
_____
Clerk

Bail $_____

GPO 863 525