AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  2:25-cr- 55 - SPC- KCD |
| Juan Juan-Pascual | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Juan Juan-Pascual
,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ❏ Complaint

❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Illegal Reentry by Deported Alien, in violation of Title 8 U.S.C. § 1326(a)

Date:  4/16/2025

                                                    *Issuing officer's signature*

City and state:    Fort Myers, Florida

                                                    Elizabeth Warren, United States Districk Court Clerk
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04/16/2025 , and the person was arrested on *(date)* 04/28/2025 |
| at *(city and state)* Naples, FL . |
| Date: 04/28/2025                                           *Arresting officer's signature* |
|                                                        V. Abeng, DO |
|                                                        *Printed name and title* |