UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:25-cr-55-SPC-KCD

JUAN JUAN-PASCUAL

**NOTICE OF MAXIMUM PENALTIES,
ELEMENTS OF OFFENSE, AND FACTUAL BASIS**

The United States hereby files this Notice of Maximum Penalties, Elements of Offense, and Factual Basis.

ESSENTIAL ELEMENTS

The essential elements of a violation of 8 U.S.C. § 1326, illegal reentry after deportation, are as follows:

First:     The defendant was an alien at the time stated in the indictment;

Second:    The defendant had been deported, excluded, or removed from the United States;

Third:     Afterward, the defendant knowingly reentered or was found to be voluntarily back in the United States; and

Fourth:    The defendant did not have the consent of the Attorney General of the United States or the Secretary of Homeland Security of the United States to reapply for

admission to the United States.

## PENALTIES

The penalties for the offense charged in the indictment are a maximum sentence of two years of imprisonment, a fine of not more than $250,000, a term of supervised release of not more than one year, and a special assessment of $100.

## FACTUAL BASIS

On April 12, 2025, the Defendant, Juan Juan-Pascual, was arrested on state charges by the Collier County Sheriff's Office after a traffic stop of a vehicle Defendant had been driving. That same day, Defendant was encountered at the Collier County jail by immigration authorities, who realized that an individual with Defendant's name and date of birth had an alien file and was a previously deported alien.

Defendant was fingerprinted, and his fingerprints were submitted to an automated fingerprint matching and analysis system maintained by the federal government. According to that system, Defendant's fingerprints matched those associated with the alien file under his name. In the alien file was a warrant of removal reflecting that Defendant had been previously deported on June 4, 2009. Also in the alien file was a sworn statement from a prior immigration proceeding in which Defendant admitted to being a citizen of Guatemala.

A Certificate of Nonexistence of Record was issued by United States Citizenship and Immigration Services on April 15, 2025, confirming that Defendant

did not have the consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States.

          Respectfully submitted,

          GREGORY W. KEHOE
          United States Attorney

By:   */s/ Benjamin S. Winter*
      BENJAMIN S. WINTER
      Assistant United States Attorney
      U.S. Attorney No. 219
      2110 First Street, Suite 3-137
      Fort Myers, Florida 33901
      Telephone: (239) 461-2212
      Facsimile: (239) 461-2219
      Email: Benjamin.Winter@usdoj.gov