UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No.: 2:25-CR-00055-SPC-KCD

JUAN JUAN-PASCUAL,

    Defendant,
_____/

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Defendant, by consent, appeared before the Court pursuant to Fed. R. Crim. P. 11 and M.D. Fla. R. 1.02, and entered a plea of guilty to Count One of the Indictment (Doc. 1). After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count One, and that the offense charged is supported by an independent basis in fact containing each of the essential elements. I thus **RECOMMEND** that the plea of guilty be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly. The parties have waived the fourteen-day objection period to this Report and Recommendation. (Doc. 20, 22). Defendant remains in custody of the U.S. Marshal pending sentencing.

    **RECOMMENDED** in Fort Myers, Florida on May 29, 2025.

Kyle C. Dudek
United States Magistrate Judge